UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

X-SUBSEA USA LLC, formerly known as
REEF SUBSEA DREDGING AND EXCAVATION
LLC,

                Plaintiff,

-against-

ONE POINT STREET, INC., ELISHA OTIS, LLC
and "JOHN DOE 1" THROUGH "JOHN DOE 10",
inclusive, as those persons and entities having an
interest in real property located at 42-A Water Grant,
Yonkers, New York,

                Defendants.

ONE POINT STREET, INC.,

                Defendant/Third-Party Plaintiff,

-against-

HITECVISION A.S., HITECVISION V, L.P.,
HITEC VISION V GENERAL PARTNERS, L.P.,
HITECVISION V (GP) LIMITED, REEF SUBSEA,
AS, REEF SUBSEA UK, LIMITED and
X-SUBSEA ATLANTIC LIMITED,

                Third-Party Defendants.

14-cv-08711 (NSR)

OPINION & ORDER

---

NELSON S. ROMÁN, United States District Judge:

      Blank Rome LLP's Motion to Withdraw as Counsel (Docket No. 30) for third-party defendants Reef Subsea, AS, Reef Subsea UK, Ltd., and X-Subsea Atlantic Ltd. is GRANTED.

      This matter is stayed for 45 days, until August 6, 2015, at which time counsel for Plaintiff X-Subsea USA LLC shall provide the Court with an update in writing on the status of the

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/2015

1

Chapter 7 bankruptcy proceeding pending before the United States Bankruptcy Court for the Southern District of Texas, No. 4:15-bk-32619.


Dated:  June 22, 2015                                     SO ORDERED:
        White Plains, New York

                                                                 NELSON S. ROMÁN
                                                             United States District Judge